

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED
    JUL - 6 2005
CLERK, U.S. DISTRICT COURT
By _____
         Deputy
```

| | | |
|---|---|---|
| **BILLY FREDERICK ALLEN** | ) | |
| | ) | |
| v. | ) | 3:05-CV-526-R |
| | ) | |
| **HONORABLE JOHN NELMS, ET AL** | ) | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. §636(b)(1), this Court is of the opinion that the Findings and Recommendation of United States Magistrate Judge Wm. F. Sanderson (filed June 20, 2005) are correct, and they are hereby **ADOPTED** as the Findings of this Court.[1] Petitioner's objections to the Findings and Recommendations (filed June 30, 2005) have been considered by this Court and are hereby **DENIED**.

It is so **ORDERED**.
SIGNED: July _6_, 2005.

_____
JUDGE JERRY BUCHMEYER
SENIOR U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

---

[1] This Order and subsequent Judgment (filed this same day) render MOOT the following motions filed by Petitioner: Motion for Leave to File Motion for TRO and Preliminary Injunction (filed March 31, 2005), Motion for Leave to Proceed in forma pauperis (filed April 14, 2005), and Motion for a Ruling (filed June 30, 2005).